QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
RAFAEL ALBERTO ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RAFAEL ALBERTO ALVARADO,<br><br>        Defendants. | CASE NO. CR-S-05-0223 LKK<br><br>**ORDER AFTER HEARING**<br><br>DATE: July 19, 2005<br>TIME: 9:30 a.m.<br>JUDGE: Lawrence K. Karlton |

This matter came on for Status Conference on July 19, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Chief Judge Emeritus. Assistant United States Attorney Michael Beckwith represented the United States of America.  For the defense, Assistant Federal Defender Mark Reichel represented the defendant who was present and in custody.

The defense requested to vacate the jury trial previously set, and to set the matter for a status conference on August 16, 2005 in order to allow the parties time for further consultation regarding the case, including consultation between the parties to resolve it.  Therefore the parties further agreed to exclude time from calculation under the

Order After Hearing

1 | Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C.
2 | §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from
3 | July 19, 2005, up until and including August 16, 2005. Defendant was
4 | questioned by the court as to this issue and consented on the record to
5 | such an exclusion of time. Defendant affirmed he understood his rights
6 | under the Speedy Trial Act and consented to the continuance.
7 |     Good cause appearing therefor,
8 |     IT IS ORDERED that this matter is continued to August 16, 2005, at
9 | 9:30 a.m. for Status Conference.
10 |     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
11 | (iv) and Local Code T4, the period from July 19, 2005, up to and
12 | including August 16, 2005, is excluded from the time computations
13 | required by the Speedy Trial Act due to ongoing preparation of counsel.
14 | Dated: July 21, 2005

/s/ Lawrence K. Karlton
THE HONORABLE LAWRENCE K. KARLTON
Chief Judge Emeritus

Order After Hearing      2