QUIN DENVIR, Bar #49374
Federal Defender
LINDA C. HARTER, CA Bar #179741
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
RAFAEL ALBERTO ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-05-0223 LKK |
| Plaintiff, ) | **ORDER AFTER HEARING** |
| v. ) | DATE: August 23, 2005 |
| RAFAEL ALBERTO ALVARADO, ) | TIME: 9:30 a.m. |
| Defendants. ) | JUDGE: Lawrence K. Karlton |

This matter came on for Status Conference on August 16, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Chief Judge Emeritus.  Assistant United States Attorney Michael Beckwith represented the United States of America.  For the defense, Assistant Federal Defender Linda Harter represented the defendant who was present and in custody.

The defense requested to set the matter for a Change of Plea Hearing on August 23, 2005 in order to allow the parties time to finalize plea agreement in this case.  Therefore the parties further agreed to exclude time from calculation under the Speedy Trial Act for

Order After Hearing

the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from August 16, 2005, up until and including August 23, 2005.  Defendant was questioned by the court as to this issue and consented on the record to such an exclusion of time. Defendant affirmed he understood his rights under the Speedy Trial Act and consented to the continuance.

    Good cause appearing therefor,

    IT IS ORDERED that this matter is continued to August 23, 2005, at 9:30 a.m. for Change of Plea.

    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from August 16, 2005, up to and including August 23, 2005, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: August 17, 2005

/s/Lawrence K. Karlton
THE HONORABLE LAWRENCE K. KARLTON
Senior, United States District Judge

Order After Hearing    2